FILED
U.S. DIST COURT
LA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2009 OCT 14  P 3: 56

RAYMON COREA DUPAS                                    CIVIL ACTION
                                                      BY DEPUTY CLERK

VERSUS

SGT. FLETCHER, ET AL.                                 NO. 09-0144-JJB-DLD


## R U L I N G

On January 14, 2009, the pro se plaintiff, a person confined at the East Louisiana Medical Health System Forensic Unit in Jackson, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Sgt. Fletcher, Sgt. Goodwin, Reginald Young, Malcolm Banks, Shannon Doyle, Sgt. Blakely, Lavarre and Michael Guidry, complaining that he has been subjected to physical and sexual abuse at the Facility.

By correspondence dated March 23, 2009, the Clerk of Court instructed the plaintiff that he must, within fifteen (15) days, either pay the cost of filing suit in this Court or, within such time, submit a properly completed motion to proceed as a pauper herein, together with a Statement of Account signed by an authorized official at the plaintiff's institution, certifying to the average six-month balance and deposits in his monetary account(s). Rec.doc.no. 7. The plaintiff was specifically notified that, "failure to amend the pleadings as indicated will result in the dismissal of your suit by the Court without further notice."

Despite notification of the need to either pay the cost of filing suit in this Court or submit a properly completed motion to proceed as a pauper and Statement of Account within fifteen (15) days, the plaintiff failed to respond to the Court's Order. Accordingly, on October 1, 2009, the Court entered an Order directing the plaintiff to appear and show cause, in writing, within fifteen (15) days, why his suit should not be dismissed for failure to comply with the Court's directive. Rec.doc.no.

8. The plaintiff was again advised that "a failure to comply with the Court's Order within the time allowed shall result in the dismissal of this lawsuit without further notice from the Court."

The plaintiff has now responded to the Court's Order. Rec.doc.no. 9. The Court concludes, however, that the reasons provided by the plaintiff, although numerous and varied, fail to provide sufficient justification for his failure to file with the Court, as directed, a properly completed motion to proceed in forma paupers and Statement of Account. These reasons include but are not limited to his conclusory and unsupported assertions that he is having varied medical problems and is on various medications, that he has been involved in numerous physical alterations with facility personnel and fellow prisoners, that he was unable to complete his college education, that he is getting negative "vibes" from facility personnel, that he has not been allowed to call his attorney on a "free phone", that a social worker has shredded his paperwork, and that he has been advised by facility personnel, by his wife, and by an attorney, not to comply with the Court's directive. The Court finds that these conclusory and unsupported reasons fail to justify the plaintiff's complete failure to provide the Court with the information needed to evaluate and address the plaintiff's request to proceed as a pauper in this proceeding. In the absence of this information, and upon the plaintiff's failure to alternatively pay the Court's filing fee, the Court is unable to proceed in this case. Accordingly, the plaintiff's Complaint shall be dismissed, without prejudice, for his failure to correct the deficiency of which he was notified. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 14th day of October, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE