FILED
U.S. DIST COURT
MIDDLE DISTRICT LA

2009 OCT 14  P 3: 56

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMON COREA DUPAS                                   CIVIL ACTION

VERSUS

SGT. FLETCHER, ET AL.                                NO. 09-0144-JJB-DLD

## JUDGMENT

For the written reasons assigned and filed herein:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this 14th day of October, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE